# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155473

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MELVIN JONES, a/k/a ELLIOT RIVERS,
a/k/a SHAKIR ABDUL HALIM BEY,
        Defendant-Appellant.

_____/

SC: 155473
COA: 330136
Wayne CC: 14-008920-FH

On order of the Court, the application for leave to appeal the January 19, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2018

Clerk

d0226